UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01218-VBF-SHK | Date: | December 22, 2022 |
| Title: | George Feack v. Chino Prison Medical Chief, et al. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

    On November 15, 2022, the Court issued its Order Dismissing First Amended Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 28, ODLA.  The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired.  Plaintiff's Second Amended Complaint ("SAC") was due on before December 6, 2022.  To date, Plaintiff has failed to file a SAC within the allotted time nor has he requested an extension of time within which to do so.

    Accordingly, on or before **January 5, 2023**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desires to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court a SAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a SAC.

    Plaintiff is forewarned that, failure to do either of the provided options, the Court **will** deem such failure a further violation of a Court order and will recommend that this matter be dismissed for failure to comply with Court orders and a failure to prosecute this matter.

    **IT IS SO ORDERED.**