**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FEACK,<br><br>                        Plaintiff,<br><br>            v.<br><br>CHINO PRISON MEDICAL CHIEF, et al.,<br><br>                   Defendants. | Case No. 5:21-cv-01218-VBF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:   November 22, 2023



HON. VALERIE BAKER FAIRBANK
Senior United States District Judge